UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adrian Michael Marr,<br><br>   Plaintiff,<br><br>v.<br><br>Christopher Steward,<br><br>   Defendant. | Case No. 11-cv-2160 (SRN/LIB)<br><br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, return the following answers to the questions of fact presented to us:

### EXCESSIVE FORCE

1.   Did Defendant Christopher Steward use excessive force upon Plaintiff Adrian Marr in violation of 42 U.S.C. § 1983?

   ANSWER:   Yes _____   No __X__

*If you answered "No" to Question 1, do not answer any other question; your deliberations are complete and you should sign and date this Special Verdict Form. If you answered "Yes" to Question 1, answer Question 2.*

### COMPENSATORY DAMAGES

2.   What amount of money will fairly and adequately compensate Plaintiff Adrian Marr for damages caused by Defendant Christopher Steward's use of excessive force?

   Amount of compensatory damages:        $ _____

**SIGNATURE REDACTED**

Dated: July 23, 2013

_____
Foreperson